JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LEG AVENUE, INC., a California corporation,

        Plaintiff,

    vs.

FABRIC AND FABRIC, INC., a California corporation; DOES 1-10, inclusive,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:24-cv-10681-CAS (JCx)

**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

## ORDER

In accordance with the Parties' stipulation, and for good cause appearing therefore, it is hereby ordered that the above action shall be dismissed with prejudice in its entirety with each Party to bear its own attorneys' fees and costs.

However, the Court shall, in accordance with applicable federal law and the Parties' stipulation, retain jurisdiction over the Parties to the above-entitled action to enforce the terms and conditions of the Parties' Settlement Agreement.

Date: February 27, 2026

_Christina A. Snyder_

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE

1

ORDER